UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                                    Case # 04-80883

                                                   Hon. Paul Borman

BURKIE GIBSON,

    Defendant.
_____/

## ORDER EXTENDING REPORT DATE

At a session of said Court held in the city
of Detroit, Wayne County, Michigan on

2/11/08

PRESENT:  PAUL D. BORMAN

This matter having been brought before the Court pursuant to Defendant's request to extend his report date, the government having no object to said request, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Gibson's report date be extended from February 15, 2008 until March 17, 2008.

                                                   s/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: February 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 11, 2008.

                                                                       s/Denise Goodine
                                                                       Case Manager

Approved as to substance and form:

s/ Jeanine Jones
Jeanine Jones, AUSA